UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| M.P. ZARAT LIMITED, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-05-4102 |
| § | |
| JUMBO NAVIGATION, N.V., § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiffs' motion for leave to file an amended Complaint. That motion, Docket No. 13, is hereby **DENIED WITHOUT PREJUDICE TO REFILING** for failure to comply with this Court's conference requirement. If Plaintiffs wish to refile the motion, they should first attempt, at least two full business days before filing, to confer with Defendant to determine whether the motion is opposed. The motion should bear a certificate of conference indicating the result of the parties' communication.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 9th day of May, 2006.

_KEITH P. ELLISON_
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1